UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>PRAPA SIRIPAKDI, et al.,<br><br>    Defendants. | Case No.   5:21-cv-08675-EJD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Scott Johnson filed the present action on November 8, 2021. Dkt. No. 1. Pursuant to General Order 56, the parties' last day to conduct a joint site inspection was February 25, 2022, and Plaintiff's last day to file a notice of need for mediation was April 8, 2022. Plaintiff did not file a notice of need for mediation, nor did Plaintiff seek relief from the April 8, 2022 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Plaintiff is directed to file a written response to this order by **June 13, 2022**, and to appear before the Court on **June 30, 2022, at 10:00 a.m.** and show cause why this action should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure

Case No.: 5:21-cv-08675-EJD
OSC WHY ACTION SHOULD NOT BE DISMISSED

1   41(b).  If Plaintiff fails to file a written response by the above deadline, the Court will dismiss the

2   action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

3   **IT IS SO ORDERED.**

4   Dated: May 24, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-08675-EJD
OSC WHY ACTION SHOULD NOT BE DISMISSED

2